GEORGE G. FAGG
UNITED STATES CIRCUIT JUDGE
455 U. S. COURTHOUSE ANNEX
110 E. COURT AVENUE
DES MOINES, IOWA 50309-2051

August 9, 2004

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Financial Disclosure Report–2003

In response to your July 19, 2004 letter, I enclose an amended and substituted Part VII of my disclosure report dated May 4, 2004, showing a partial disposal of my FMC Technologies holdings (page 1 of 2, line 6) and an entire disposal of  common stock holdings in Kellogg Co. (page 1 of 2, line 13) and AT&T (page 2 of 2, line 22). I also enclose an amended and substituted Part VIII explaining continuing ownership of the annuities shown in Part VII (page 2 of 2, lines 23-24).

Very truly yours,

GGF:glm

Enclosures
    Original and three copies

RECEIVED
Aug 16 10 45 AM '04
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| FAGG, GEORGE G | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alliant Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Alliant Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 3. IMC Global Common Stock | A | Dividend | J | T | | | | | |
| 4. Freeport-McMoran Copper & Gold Common Stock | A | Dividend | J | T | Purchase | 4/9 | J | | |
| 5. American Electric Power Co. Common Stock | A | Dividend | J | T | | | | | |
| 6. FMC Technologies | A | Dividend | J | T | Sale (Partial) | 7/15 | J | B | |
| 7. Corn Products, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 8. BP AMOCO Common Stock | A | Dividend | J | T | | | | | |
| 9. Ford Motor Common Stock | A | Dividend | J | T | | | | | |
| 10. Colgate Palmolive Common Stock | A | Dividend | J | T | | | | | |
| 11. Pharmacia Common Stock | A | Dividend | J | T | Merger | 4/16 | J | A | Pfizer Inc |
| 12. HB Fuller Co. Common Stock | A | Dividend | J | T | | | | | |
| 13. Kellogg Co. Common Stock | A | Dividend | | T | Sale (Entire) | 5/27 | J | | |
| 14. Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 15. Qwest Communications Common Stock | A | Dividend (None) | J | T | | | | | |
| 16. McDonalds Corp. Common Stock | A | Dividend | J | T | | | | | |
| 17. Diebold, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 18. RPM Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FAGG, GEORGE G | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Intel        Common Stock | A | Dividend | J | T | | | | | |
| 20. Lucent Technologies    Common Stock | A | Dividend (None) | J | T | | | | | |
| 21. Cisco, Inc. | A | Dividend (None) | J | T | | | | | |
| 22. AT&T        Common Stock | A | Dividend | | T | Sale (Entire) | 9/11 | J | A | |
| 23. ITT Hartford    (Annuity) | A | Interest (None) | J | T | See explanation in Part VIII about the status of annuities shown on lines 23 and 24. | | | | |
| 24. Equitable Life Ins.    (Annuity) | A | Interest (None) | K | T | | | | | |
| 25. Paladin Energy Partners    Denver, Colorado | B | Royalty | J | W | | | | | |
| 26. Wells Fargo Bank, Johnston, IA    Savings-Checking-CDs | D | Interest | M | T | | | | | |
| 27. Bank of America, Urbandale, IA   Checking--CDs | B | Interest | K | T | | | | | |
| 28. Charter Bank, Johnston, IA    CDs | B | Interest | L | T | | | | | |
| 29. Owner-Farm-Hardin County, IA 100% Tax Assessment-$66,005 | D | Crop | L | S | | | | | |
| 30. Chicago Ill. Midway Airport    Revenue Bond | A | Interest | J | T | | | | | |
| 31. Duke Realty Co. | A | Dividend | J | T | | | | | |
| 32. CLECO Power LLC | A | Interest | J | T | | | | | |
| 33. Discover Bank C.D    Greenwood, Del. | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

# VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

The sales of ▓▓▓ annuities shown on page 2 of 2 Part VII lines 23 and 24 of my May 4, 2004 report are deleted. I misunderstood her explanation about the status of these annuities. There was no change in her ownership interest in these annuities during calendar year 2004.

| AO-10<br>REV. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>FAGG, GEORGE G | 2. Court or Organization<br><br>COURT OF APPEALS, 8TH CIRCUIT | 3. Date of Report<br><br>5/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CIRCUIT JUDGE (SENIOR) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>455 U.S. Courthouse Annex<br><br>110 East Court Avenue<br><br>Des Moines, Iowa 50309-2051 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 10 A 10: 35 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FAGG, GEORGE G | 5/4/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Effective May 1999, at age 65, I receive a retirement pension from the Iowa judicial retirement system based on service as an Iowa trial judge. | |
| 2. | | In calendar year 2003, I received $14,947.80. | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAGG, GEORGE G | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alliant Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Alliant Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 3. IMC Global Common Stock | A | Dividend | J | T | | | | | |
| 4. Freeport-McMoran Copper & Gold Common Stock | A | Dividend | J | T | Purchase | 4/9 | J | | |
| 5. American Electric Power Co. Common Stock | A | Dividend | J | T | | | | | |
| 6. FMC Technologies | A | Dividend | J | T | Sale | 7/15 | J | B | |
| 7. Corn Products, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 8. BP AMOCO Common Stock | A | Dividend | J | T | | | | | |
| 9. Ford Motor Common Stock | A | Dividend | J | T | | | | | |
| 10. Colgate Palmolive Common Stock | A | Dividend | J | T | | | | | |
| 11. Pharmacia Common Stock | A | Dividend | J | T | Merger | 4/16 | J | A | Pfizer Inc |
| 12. HB Fuller Co. Common Stock | A | Dividend | J | T | | | | | |
| 13. Kellogg Co. Common Stock | A | Dividend | J | T | Sale | 5/27 | J | A | |
| 14. Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 15. Qwest Commications Common Stock | A | Dividend (None) | J | T | | | | | |
| 16. McDonalds Corp. Common Stock | A | Dividend | J | T | | | | | |
| 17. Diebold, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 18. RPM Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FAGG, GEORGE G | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Intel                Common Stock | A | Dividend | J | T | | | | | |
| 20. Lucent Technologies        Common Stock | A | Dividend (None) | J | T | | | | | |
| 21. Cisco, Inc. | A | Dividend (None) | J | T | | | | | |
| 22. AT&T                Common Stock | A | Dividend | J | T | Sale | 9/11 | J | A | |
| 23. ITT Hartford         (Annuity) | A | Interest (None) | J | T | Sale | 12/31 | J | | |
| 24. Equitable Life Ins.        (Annuity) | A | Interest (None) | K | T | Sale | 12/31 | J | | |
| 25. Paladin Energy Partners      Denver, Colorado | B | Royalty | J | W | | | | | |
| 26. Wells Fargo Bank, Johnston, IA    Savings-Checking-CDs | D | Interest | M | T | | | | | |
| 27. Bank of America, Urbandale, IA   Checking--CDs | B | Interest | K | T | | | | | |
| 28. Charter Bank, Johnston, IA    CDs | B | Interest | L | T | | | | | |
| 29. Owner-Fann-Hardin County, IA 100% Tax Assessment-$66,005 | D | Crop | L | S | | | | | |
| 30. Chicago Ill. Midway Airport     Revenue Bond | A | Interest | J | T | | | | | |
| 31. Duke Realty Co. | A | Dividend | J | T | | | | | |
| 32. CLECO Power LLC | A | Interest | J | T | | | | | |
| 33. Discover Bank  C.D           Greenwood, Del. | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FAGG, GEORGE G | 5/4/2004 |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

None

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date  May 4, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544